UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

EMIL JOSEPH,

     Plaintiff,

v.                                CASE NO.: 8:12-cv-744-T-23TBM

CITY OF TAMPA,

     Defendant.

_____/

## **ORDER**

On May 3, 2013, Magistrate Judge Thomas B. McCoun III issued a report (Doc. 42) recommending the denial of the defendant's motion to dismiss (Doc. 35). The parties lodge no objection. The report and recommendation (Doc. 42) is thorough and considered and is **ADOPTED**. The defendant's motion (Doc. 35) is **DENIED**. The defendant shall file an answer to the complaint no later than May 31, 2013.

ORDERED in Tampa, Florida, on May 21, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE